IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH KYLER, et al | : | NO. 02-2825 |

## ORDER

AND NOW, this         day of August, 2002, Respondent's Motion For Enlargement of Time to File a Response is hereby GRANTED. Respondent shall file a response on or before October 11, 2002.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE