IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL I. PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH D. KYLER, et al | : | NO. 02-2825 |

### ORDER

AND NOW, this _____ day of October, 2002, Respondent's Motion For Enlargement of Time to File a Response is GRANTED. The response is due on or before November 18, 2002.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE