IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL I. PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH D. KYLER, et al | : | NO. 02-2825 |

## ORDER

AND NOW, this           day of February, 2003, it is hereby ORDERED that Petitioner's Motion for Extension of Time to File Objections to Respondents Rule 5 Answer is GRANTED. Petitioner's Objections filed December 27, 2002 are therefore, deemed timely.

IT IS SO ORDERED.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE