IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL I. PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH D. KYLER, et al | : | NO. 02-cv-2825 |
| | : | |

**ORDER**

AND NOW, this 7th day of October, 2003, it is ORDERED that Respondents shall file their answer to Petitioner's Objections to the Magistrate's Report and Recommendations regarding Petitioner Pittman's Petition for Writ of Habeas Corpus by October 21, 2003.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL\02-2825 Pittman v. Kyler\Order re extension for response.wpd