DPS-265                                                                June 9, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2752

IN RE: GABRIEL I. PITTMAN

Present:  ROTH, BARRY and SMITH, <u>CIRCUIT JUDGES</u>

Submitted is petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition

in the above-captioned case.

Respectfully,

Clerk

MMW/PML/zm/lwc

_____O R D E R_____

The foregoing request to file a second or successive 28 U.S.C. § 2254 petition is **denied** as Petitioner's application plainly fails to meet the standards of 28 U.S.C. § 2244(b)(2) for filing another habeas petition.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: July 5, 2005

lwc/cc: Gabriel I. Pittman
        DA Lehigh County

A True Copy:

Marcia M. Waldron, Clerk