# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA
3810 United States Courthouse
Sixth and Market Streets
Philadelphia, Pennsylvania 19106-1741
E-mail: Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov

Chambers of
Michael M. Baylson
United States District Judge

Telephone (267) 299-7520
Fax (267) 299-5078

July 28, 2006

Andrea Naugle, Clerk of Courts
Lehigh Co. Court of Common Pleas
455 West Hamilton Street
Allentown, PA 18101-1614

Re:     *Pittman V. Kyler*
        **U.S.D.C., Eastern Dist. Of Pa., C.A. No. 02-2825**

To the Clerk:

The above-captioned case has been disposed of and we are returning the state court record, which had been ordered by the Honorable Michael M. Baylson.

Very truly yours,

*Lynn Meyer*

Lynn Meyer, Deputy Clerk
Hon. Michael M. Baylson

enclosure

cc:     Clerk of Court for filing
        Statistics

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please sign and return this letter as a receipt for the return of the state court record.

Signature: _____

Date: _____7/31/06_____

O:\forms\State Court Record Return Ltr.wpd