BLD-250                                                                      May 24, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. 07-2497

IN RE: GABRIEL I. PITTMAN, Petitioner         02-2825-fale

**FILED**
JUN 20 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Present:   MCKEE, FUENTES AND WEIS, CIRCUIT JUDGES

Submitted is Petitioner's application under 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. § 2254 in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing application under 28 U.S.C. § 2244 to file a second or successive habeas corpus petition under 28 U.S.C. § 2254 is denied because Petitioner has not satisfied the requirements for obtaining authorization to file a second or successive habeas petition. See 28 U.S.C. § 2244(b)(2).

By the Court,

s/WEIS
United States Circuit Judge

Dated: June 19, 2007  A True Copy:
SLC/cc: Mr. Gabriel I. Pittman
        DA Lehigh

Marcia M. Waldron
Marcia M. Waldron, Clerk