IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL I. PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH D. KYLER, et al. | : | NO. 02-2825 |

## ORDER

Petitioner has filed two motions to vacate this Court's Order of November 26, 2003. Petitioner had previously appealed this Order to the Third Circuit Court of Appeals, which denied Petitioner's appeal, and has since twice denied Petitioner's Request to file a second or successive petition. This Court does not have jurisdiction to consider any further claims and Petitioner shall cease filing papers in this Court.

AND NOW, this   12th   day of February, 2008, it is hereby ORDERED that Plaintiff's Motions to Vacate (Doc. Nos. 33 and 34) are DISMISSED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Pittman v. Kyler 02-2825 - Order deny motion to vacate.wpd