IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT



GABRIEL I. PITTMAN
    PETITIONER

v.                              CIVIL ACTION

                                 NO. 02-2825

KENNETH KYLER, et al.

NOTICE OF APPEAL

    Pursuant to **28 U.S.C. § 1291**, notice is hereby given that, Gabriel I. Pittman, petitioner, pro se, appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this matter on the 12th day of February 2008, by the United States District Court for the Eastern District of Pennsylvania **denying/dismissing** petitioner's motion to vacate pursuant to fraud upon the court.

                                                                _/s/ Gabriel Pittman_

                                                Gabriel I. Pittman, pro
                                                DT-1470
                                                1000 Follies Road
                                                Dallas, PA 18612
                                                SCI-Dallas

Dated: February 21, 2008

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, the undersigned petitioner, Gabriel I. Pittman, certifies that on the 21st day of January 2008, he has personally caused a true and correct copy of a Notice of Appeal to be served via first-class mail and pursuant to the prisoner-mail box rule upon the following persons:

James B. Martin
Office of the District Attorney
455 W. Hamilton St.
Allentown, PA 18101


United States District Court
for the Eastern District of Pennsylvania

United States Court of Appeals
For The Third Circuit


_____
Gabriel I. Pittman

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL I. PITTMAN | : | CIVIL ACTION |
| v. | : | |
| KENNETH D. KYLER, et al. | : | NO. 02-2825 |

### ORDER

Petitioner has filed two motions to vacate this Court's Order of November 26, 2003. Petitioner had previously appealed this Order to the Third Circuit Court of Appeals, which denied Petitioner's appeal, and has since twice denied Petitioner's Request to file a second or successive petition. This Court does not have jurisdiction to consider any further claims and Petitioner shall cease filing papers in this Court.

AND NOW, this 1V day of February, 2008, it is hereby ORDERED that Plaintiff's Motions to Vacate (Doc. Nos. 33 and 34) are DISMISSED.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Pittman v. Kyler 02-2825 - Order deny motion to vacate.wpd

*mail*
*: O'Neill*
*Mussel*
*Shore*
*Pittman*