IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GABRIEL I. PITTMAN

        02-2825
        District Court Docket Number

vs.

KENNETH KYLER, ETAL

Notice of Appeal Filed 2/25/08
Court Reporter(s)/ESR Operator(s)    N/A

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid  __Seaman
    Docket Fee        __Paid _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
_X_ Denied
__ Pending

CC: JUDGE BAYLSON
    APPEALS CLERK
    USCA

Defendant's Address (for criminal appeals)

Prepared by : _____
LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm