# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL I. PITTMAN,** : | |
|     Petitioner, : | |
| : | |
|         v.   : | **CIVIL ACTION NO. 02-CV-2825** |
| : | |
| **KENNETH D. KYLER**, *et al.,* : | |
|     Respondents. : | |

## ORDER

**AND NOW**, this 9th day of September, 2020, in consideration of Petitioner Gabriel I. Pittman's Motion for Expedited Relief from and Reopening/Altering of Judgments, filed pursuant to Fed. R. Civ. P. 60(b) (ECF No. 56), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

**BY THE COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, J.**

p