# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL I. PITTMAN,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 02-CV-2825** |
| | : | |
| **KENNETH D. KYLER**, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 22nd day of October 2020, in consideration of Petitioner Gabriel I. Pittman's Motion for Relief Under Fed. R. Civ. P. 59(e) (ECF No. 63), it is **ORDERED** that the Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

                        **BY THE COURT:**

                        s/ Michael M. Baylson
                        _____
                        **MICHAEL M. BAYLSON, J.**

p